```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                       PINE BLUFF DIVISION
```

KELLY DEWAYNE LAMBERT, SR.                                PETITIONER

vs.              Civil Case No. 5:08CV00050 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                         RESPONDENT

## ORDER

Petitioner has filed a "Motion to Strike" (DE #10), in which he requests the court to strike Respondent's Response (DE #7) because the Response does not address Petitioner's claims of "no criminal elements and no criminal evidences and no DNA," and the prosecutor violated "Rule 3.8" because he did not have probable cause to prosecute Petitioner. Petitioner raises various procedural issues, with little factual support. Petitioner's initial Petition contains various allegations of constitutional violations, also with little factual support.

Respondent contends all of Petitioner's claims are procedurally barred because he did not raise them in state court. Petitioner is directed to file an amended petition within sixty (60) days, separately setting forth each claim he wishes to present to the court. For each claim, Petitioner is directed to state specific supporting facts, and he should state in what proceeding he raised these claims in state court. If he did not raise a claim in state court, he is directed to explain why.

IT IS THEREFORE ORDERED that Petitioner's Motion to Strike (DE # 10) be denied.  Petitioner is granted sixty (60) days in which to file an amended petition in accordance with this order.

SO ORDERED this 2nd day of June, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge