IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KELLY DEWAYNE LAMBERT, SR.                                              PETITIONER

VS.                    CASE NO. 5:08CV00050 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction                                        RESPONDENT

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 29th day of October, 2008.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE